ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Aug 06, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS |
| APPLE IPAD A1954 WITH IMEI 353036097783861, APPLE IPHONE 8 PLUS WITH IMEI 352980090733301, APPLE IPHONE 11 WITH IMEI 352903110499042, SAMSUNG PHONE SM-N77DF WITH IMEI 35367111397071, AND A HP DESK TOP COMPUTER TOWER, MODEL# A550-153W, S/N MXX5390LSM CURRENTLY LOCATED AT THE FEDERAL BUREAU OF INVESTIGATION OFFICE WITH ADDRESS 650 N. WILMA AVENUE, SUITE B, RIPON, CALIFORNIA 95366; | 2:24-sw-0480 CSK |
| SAMSUNG PHONE SM-N77DF WITH IMEI 35367111397071 CURRENTLY LOCATED AT THE FEDERAL BUREAU OF INVESTIGATION OFFICE WITH ADDRESS 650 N. WILMA AVENUE, SUITE B, RIPON, CALIFORNIA 95366; | 2:25-sw-0354 JDP |
| SAMSUNG PHONE SM-N770F/DS WITH IMEI 353677-11-139707- 9, CURRENTLY LOCATED AT THE FEDERAL BUREAU OF INVESTIGATION OFFICE WITH ADDRESS 650 N. WILMA AVENUE, SUITE B, RIPON, CALIFORNIA 95366 | 2:25-sw-0493 SCR |

//

//

**[PROPOSED] ORDER**

Upon application of the United States of America for an order authorizing the unsealing of the above-captioned search warrants and accompanying applications, affidavits, and related documents,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

Dated: August 6, 2026

THE HONORABLE SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE